FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAY -5 PM 3: 23
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DARNELL LAMAR HARRIS, | ) |
| Movant, | ) |
| v. | ) Case No. CV410-069 |
| | ) CR407-285 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 5th day of May, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA